## 27573. CHAFFIN v. STYNCHCOMBE.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*
DECIDED MARCH 8, 1973.

James Marion Chaffin, *pro se.*
*Lewis R. Slaton, District Attorney, Morris H. Rosenberg, Joel M. Feldman,* for appellee.